# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2113

_____

|  |  |  |
|---|---|---|
| Lisa Yvette Elam, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Barnes-Jewish Hospital, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 1, 2006
Filed: March 8, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Lisa Yvette Elam appeals the district court's[1] adverse grant of summary judgment in her action against her former employer, Barnes-Jewish Hospital, under the Americans with Disabilities Act and the Family and Medical Leave Act.[2] Having carefully reviewed the record, we agree with the district court's analysis of Elam's claims, and Elam has provided no basis for reversal. See Woods v. DaimlerChrysler

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

[2]Elam has abandoned her state-law claim on appeal. See Shade v. City of Farmington, Minn., 309 F.3d 1054, 1058 n.6 (8th Cir. 2002).

Corp., 409 F.3d 984, 990 (8th Cir. 2005) (de novo standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____